| | |
|---|---|
| Vanessa R. Waldref<br>United States Attorney<br>Eastern District of Washington<br>Matthew A. Stone<br>Assistant United States Attorney<br>402 E. Yakima Ave., Suite 210<br>Yakima, WA 98901<br>Telephone: (509) 454-4425 | FILED IN THE U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON<br><br>MAY 10 2022<br><br>SEAN F. MCAVOY, CLERK<br>_____, DEPUTY<br>YAKIMA, WASHINGTON |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO HERNAN MENDOZA,<br><br>Defendant. | **1:22-CR-2046-SMJ**<br>INDICTMENT<br><br>Vio: 21 U.S.C. § 841(a)(1),<br>(b)(1)(A)(viii)<br>Distribution of 50 Grams or<br>More of Actual (Pure)<br>Methamphetamine<br>(Count 1, 2)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about March 15, 2022, in the Eastern District of Washington, the Defendant, SERGIO HERNAN MENDOZA, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

INDICTMENT – 1

## COUNT 2

On or about March 22, 2022, in the Eastern District of Washington, the Defendant, SERGIO HERNAN MENDOZA, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 as set forth in this Indictment, the Defendant, SERGIO HERNAN MENDOZA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any of the property described herein, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or

INDICTMENT – 2

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 10th day of May 2022.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Matthew A. Stone
Assistant United States Attorney

INDICTMENT – 3