PS 8 (3/15) Case 1:22-cr-02046-SMJ   ECF No. 31   filed 08/15/22   PageID.93   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Mendoza, Sergio Hernan | Docket No. | 0980 1:22CR02046-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sergio Hernan Mendoza, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Edward F. Shea, sitting in the Court at Richland, Washington, on the 19th day of May 2022, under the following conditions:

Special Condition #6: GPS Location Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times a GPS device under the supervision of United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall immediately advise the Court. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Mendoza on May 20, 2022, acknowledging an understanding of his pretrial release conditions.

Violation #1: Mr. Mendoza is considered to be in violation of his pretrial release conditions by removing his GPS device without permission on or about August 13, 2022.

On August 13, 2022, at 4:06 a.m., this officer received an alert from BI Total Access (BI) indicating there was a GPS strap tamper and a tracker proximity tamper, and the GPS device was removed from Mr. Mendoza's leg. Multiple attempts were made to contact Mr. Mendoza with no success.

At 9 a.m., this officer was able to locate the GPS tracker at the intersection of Midvale Road and Bishop Road in Sunnyside, Washington, which is approximately 1 mile from Mr. Mendoza's residence. This officer conducted a home visit and spoke with Mr. Mendoza's father and wife. They reported Mr. Mendoza left for work this morning as normally scheduled. They were unaware of Mr. Mendoza absconding from supervision. After leaving the defendant's residence, this officer also attempted contact at Mr. Mendoza's employment and found the business closed for the day.

On August 15, 2022, this officer made contact with Mr. Mendoza's wife and she stated Mr. Mendoza has not returned home and his whereabouts is unknown. As of the writing of this petition, Mr. Mendoza has not contacted this officer.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 15, 2022

by  s/Arturo Santana

Arturo Santana
U.S. Pretrial Services Officer

PS-8
Re: Mendoza,, Sergio Hernan
August 15, 2022
Page 2

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

_____08/15/2022_____
Date